[No. 14782-3-II. Division Two. February 2, 1993.]

CRESTVIEW REHABILITATION CENTER, INC., ET AL, *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-00397-1, Paula Casey, J., entered February 7, 1991. *Affirmed* by unpublished opinion per Swanson, J. Pro Tem., concurred in by Alexander, C.J., and Green, J. Pro Tem.

[Nos. 11009-5-III; 11469-4-III. Division Three. February 2, 1993.]

*In the Matter of the Marriage of* DONNA I. SMITH, *Respondent, and* CHARLES V. SMITH, *Appellant.*

Appeals from judgments of the Superior Court for Chelan County, No. 89-3-00093-6, John E. Bridges, J., entered July 13, 1990, and Charles W. Cone, J., entered February 21, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.

[No. 11384-1-III. Division Three. February 2, 1993.]

*In the Matter of the Marriage of* GARRY E. GOSVENER, *Appellant, and* COLLEEN L. GOSVENER, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 90-3-00322-0, John E. Bridges, J., entered January 28, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.